

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/29/2019

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANTHONY PIGGUE | § | Case No. 18-34526 |
| | § | |
| Debtor. | § | (Chapter 7) |

ANTHONY PIGGUE,              ADVERSARY NO. 18-06007
   Plaintiff

vs.

KARON BARBEE,
   Defendant.

### ORDER ON MOTION TO WITHDRAW

(Docket No. 34)

After considering Aamir Abdullah's Motion to Withdraw as Counsel, the Court

GRANTS the Motion and Orders Aamir Abdullah withdrawn as attorney for defendant,

Karon Barbee, Receiver.

Signed:  March 28, 2019

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE