

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

ENTERED
03/29/2019

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 18-34526 |
| ANTHONY PIGGUE | § | CHAPTER 7 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |
| | § | |
| ANTHONY PIGGUE | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| vs. | § | ADVERSARY NO. 18-6007 |
| | § | |
| KARON BARBEE | § | |
| | § | |
| Defendant(s). | § | |

## ORDER
(Docket No. 21)

The motion to substitute filed by Karon Barbee is granted.

**SIGNED: March 28, 2019.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE