

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/23/2019

| | | |
|---|---|---|
| IN RE: <br> ANTHONY PIGGUE <br> <br> DEBTOR | § § § § § | CASE NO. 18-60028 |
| ANTHONY PIGGUE <br> Plaintiff <br> <br> v. <br> <br> KARON G. BARBEE, RECEIVER <br> Defendant | § § § § § § § § § | ADVERSARY NO. 18-6007 |
| CHRISTOPHER R. MURRAY, IN HIS CAPCITY AS CHAPTER 7 TRUSTEE <br> Plaintiff, <br> v. <br> KARON G. BARBEE, RECEIVER | § § § § § | ADVERSARY NO. 18-06007 |

**ORDER GRANTING AGREED EMERGENCY MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND PRE-TRIAL DEADLINES**
(Docket No. 42)

CAME ON for consideration the Agreed Emergency Motion to Continue Pre-Trial Conference and Pre-Trial Deadlines filed by Karen G. Barbee, Receiver. The Court finds that the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Pre-Trial Conference is continued to    June 3, 2019 at 2:00 p.m.

IT IS FURTHER ORDERED that all deadlines in the Scheduling Order (Docket No. 24) are hereby extended accordingly.

Counsel for Karon G. Barbee is responsible for notice.

Signed: April 23, 2019.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

Piggue,
    Plaintiff

Adv. Proc. No. 18-06007-drj

Barbee,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0541-6      User: aalo      Page 1 of 1      Date Rcvd: Apr 23, 2019
     Form ID: pdf002      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
```
pla          +Anthony Piggue,    17402 West Blooming Rose Ct,    Cypress, TX 77429-6725
3pd          +Christopher R Murray,    c/o Erin E. Jones PC,    Attn: Erin E. Jones,    6363 Woodway Suite 300,
               Houston, Tx 77057-1714
3pp          +Karon Barbee,    14101 Hwy 290 W., Bldg 400-C,    Austin, TX 78737-9376
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr*          +Christopher R Murray,    c/o Erin E. Jones PC,    Attn: Erin E. Jones,    6363 Woodway Suite 300,
               Houston, Tx 77057-1714
dft*         +Karon Barbee,    14101 Hwy 290 W., Bldg 400-C,    Austin, TX 78737-9376
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:
```
              Erin E Jones    on behalf of Trustee Christopher R Murray erin@jmbllp.com,    jessica@jmbllp.com
              Frank Bonner Lyon    on behalf of Defendant Karon  Barbee frank@franklyon.com,    chris@franklyon.com
              Frank Bonner Lyon    on behalf of 3rd Party Plaintiff Karon  Barbee frank@franklyon.com,
               chris@franklyon.com
              Miriam   Goott    on behalf of Defendant Karon  Barbee mgoott@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
              Miriam   Goott    on behalf of Plaintiff Anthony  Piggue mgoott@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
                                                                                               TOTAL: 5
```