IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>**ANTHONY PIGGUE**<br>    DEBTOR. | § § § § | **CASE NO. 18-32456**<br>(Chapter 7) |
| **ANTHONY PIGGUE**<br>    Plaintiff,<br><br>v.<br><br>**KARON G. BARBEE, RECEIVER**<br>    Defendant. | § § § § § § § § | **ADVERSARY NO. 18-06007** |
| **CRISTOPHER M. MURRAY, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE**<br>    Plaintiff,<br><br>v.<br><br>**KARON G. BARBEE, RECEIVER**<br>    Defendant. | § § § § § § § § § | **ADVERSARY NO. 18-06007** |

**NOTICE OF STATUS CONFERENCE**

NOTICE IS GIVEN that a status conference in this adversary proceeding is set for **November 19, 2019 at 2:00 p.m.** before the Honorable United States Chief Bankruptcy Judge David R. Jones, United States Bankruptcy Court, 515 Rusk Avenue, 4th Floor, Courtroom 400, Houston, Texas 77002.

Dated: September 23, 2019.

Respectfully submitted,

*/s/ Erin E. Jones*
Erin E. Jones
Texas Bar No. 24032478
Jones Murray & Beatty, LLP
4119 Montrose Suite 230
832-529-1999 (Office)
832-529-3393 (Fax)
erin@jmbllp.com
ATTORNEYS FOR CHAPTER 7 TRUSTEE

1

## CERTIFICATE OF SERVICE

  I hereby certify that on September 23, 2019 a true and correct copy of the foregoing was served electronically to all counsel of record to the parties in this adversary proceeding via ECF/PACER and via email to mgoott@walkerpatterson.com and frank@franklyon.com

            /s/ *Erin E. Jones*
            Erin E. Jones