# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>**ANTHONY PIGGUE**<br>    DEBTOR. | §<br>§<br>§<br>§ | **CASE NO. 18-32456**<br>**(Chapter 7)** |
| **ANTHONY PIGGUE**<br>    Plaintiff,<br><br>v.<br><br>**KARON G. BARBEE, RECEIVER**<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **ADVERSARY NO. 18-06007** |
| **CHRISTOPHER M. MURRAY, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE**<br>    Plaintiff,<br><br>v.<br><br>**KARON G. BARBEE, RECEIVER**<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **ADVERSARY NO. 18-06007** |

## ORDER GRANTING MOTION FOR MEDIATION

By agreement of the Parties, it is **ORDERED** that the Honorable Judge Eduardo V. Rodriguez is appointed to serve as mediator in the above-referenced matters and is vested in that capacity with all immunities applicable to a United States Bankruptcy Judge in performance of the Judge's official duties.

ZZZZ

1