

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/04/2019

| | | |
|---|---|---|
| IN RE: | § | |
| ANTHONY PIGGUE | § | CASE NO. 18-32456 |
|    DEBTOR. | § | (Chapter 7) |
| | § | |
| ANTHONY PIGGUE | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 18-06007 |
| | § | |
| KARON G. BARBEE, RECEIVER | § | |
|    Defendant. | § | |
| CHRISTOPHER M. MURRAY, IN HIS | § | |
| CAPACITY AS CHAPTER 7 TRUSTEE | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 18-06007 |
| | § | |
| KARON G. BARBEE, RECEIVER | § | |
|    Defendant. | § | |

## ORDER GRANTING MOTION FOR MEDIATION
(Docket No. 48)

By agreement of the Parties, it is **ORDERED** that the Honorable Judge Eduardo V. Rodriguez is appointed to serve as mediator in the above-referenced matters and is vested in that capacity with all immunities applicable to a United States Bankruptcy Judge in performance of the Judge's official duties.

**Signed: October 04, 2019**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

1